**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

REVEREND DR. JUAN-JOSE':BROOKINS, an Unicorporated Natural Man on the Land and Living Soul, Standing In Propria Persona, Sui Juris also Known as Jawan Bey,

Plaintiff,

- against -

**JUDGMENT**
CV 24-7856 (GRB) (ST)

MARK J.F. SCHROEDER, Commissioner of the New York State Department of Motor Vehicles; SUFFOLK COUNTY FIRST DISTRICT COURT OF THE STATE OF NEW YORK; THE HONORABLE ANDREW A. CRECCA, District Administrative Judge for Suffolk County; JUDGE SUSAN A. BERLAND; JUDGE MARY KATE MULLEN; RAY TIERNEY, Suffolk County District Attorney; POLICE OFFICER MORASH (first name unknown); UNKNOWN OTHERS 1 THROUGH 100,

Defendant.

--------------------------------------------------------------X

An Order Adopting Report and Recommendation of Honorable Gary R. Brown, United States District Judge, having been filed on January 14, 2026; adopting the Report and Recommendation dated November 21, 2025 of United States Magistrate Judge Steven Tiscione; granting Defendants' motion to dismiss for Lack of Jurisdiction pursuant to Rule 12(b); denying plaintiff's motions for sanctions; denying plaintiff's motion to compel; dismissing Plaintiff's Complaint with prejudice in its entirety; denying *in forma pauperis* status for the purpose of any appeal, and respectfully directing the Clerk of Court to close the case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Reverend Dr. Juan-Jose': Brookins take nothing of Defendants'; that the court adopts the Report and Recommendation of Judge Tiscione; grants Defendants' motion to dismiss for Lack of Jurisdiction; denies plaintiff's motions for

sanctions; denies plaintiff's motion to compel; dismisses Plaintiff's Complaint with prejudice; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: January 23, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT
BY: /S/ JAZMIN M. CUBANO
DEPUTY CLERK